IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ARMANDO CARD,

    Petitioner,

vs.                                        CASE NO. 4:08cv448-SPM

WALTER A. MCNEIL,

    Respondent.
_____/

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS
AND DIRECTING RESPONDENT TO FILE ANSWER**

Upon consideration of Petitioner James Armando Card's Motion to Proceed as Indigent Prisoner (doc. 2), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 2) is granted. Petitioner shall be allowed to proceed with this case without prepayment of fees and costs.

2.    The clerk shall mail a copy of this order to Stephen White, Esq., Assistant Attorney General, Office of the Attorney General of Florida, Florida Capitol, Plaza Level One, Tallahassee, Florida, 32399-1050.

3.    Within forty-five (45) days from the date this order is entered on the docket, Respondent shall file an answer in compliance with Rule 5 of the Rules

Governing § 2254 Cases.  Petitioner may file a reply within thirty (30) days of the date of the filing of Respondent's answer.

DONE AND ORDERED this 17th day of October, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv448-SPM