IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ARMANDO CARD,

    Petitioner,

vs.                                    CASE NO. 4:08cv448-SPM

WALTER A. MCNEIL,

    Respondent.
_____/

### ORDER ON PRO SE DOCUMENT

Petitioner James Armando Card is being represented by Attorney Clyde M..Taylor, Jr.  With the assistance of his attorney, Card filed a petition for writ of habeas corpus (doc. 1) and a motion to proceed as indigent prisoner (doc. 2). The Court has accepted the petition and granted Card leave to proceed in forma pauperis (doc. 4).

Card has since filed, in proper person, a document (doc. 12), which is a letter from Card to Attorney Taylor concerning the filing of a petition for post-sentence DNA testing under Florida law.  The local rules of this Court state that "[a]ny party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person . . . ."  N.D. Fla. Loc. R.

11.1(D).  The local rules also prohibit the filing of letters, "except when necessary as an exhibit when seeking relief from the court."  N.D. Fla. Loc. R. 7.1(F).  Card's letter does not qualify for the exception since the petition he is requesting Attorney Taylor to file is seeking to obtain DNA testing through the Florida trial court, not this Court.  Based on the foregoing, it is

ORDERED AND ADJUDGED: the Court will take no action on Card's letter (doc. 12) filed in proper person.

DONE AND ORDERED this 2nd day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge